DDJ

**FULL NAME:** Ricky L. Townsend

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Salinas Valley State PO Box 1050 Soledad, Ca 93960

**PRISON NUMBER (if applicable):** #BK6274

```
FILED
CLERK, U.S. DISTRICT COURT

MAR 24 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____EEE_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

"et al." Deputies

DEFENDANT(S).

**CASE NUMBER** 5:22-CV-00525-VBF(JPR)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____No_____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not I went as far as San bernardino county sherrifs would Allow, As you see on The copy of The grievance I sent with This!

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Ricky Townsend
                                                         (print plaintiff's name)
who presently resides at Salinas Valley State PO Box 1050 Soledad, Ca 93960 ,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
San bernardino County Jail, San Bernardino
                (institution/city where violation occurred)
violated by senter San bernardino sheriffs Department

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                        Page 2 of 6

on (date or dates) _7/12/2020_ _____ , _____ , _____ .
                            (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _San Bernardino County Sheriff's Department_ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _work as Sheriffs / Deputies_

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

All persons born or naturalized in the united States and subject to the Jurisdiction thereof, Are citizens of the united states and of the state wherein they reside, No State shall make or enforce Any law which shall abridge the privileges or immunities of citizens of the united states; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its Jurisdiction the equal protection of the laws.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Violated my constitutional rights of life and liberty and protection of law cruel malicious and sadistic Targeting That was deliberate. Before on camera Before I was beat and stab I told The sheriff I Feared For my Life That I was going To get beat and stabed They said So what They put me in That dorm That day I was beat and stabed by Four inmates Then I went protective custody They bring one of The guys To where I was on camera my Door opened I was fighting For my Life! They used Two of Those same guys on camera camera To do The Same Thing To another protective custody inmate I have A wittness statement of That incident

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Money Damages & Compensatory damages & Punitive damages to pay all medical & other expenses. Money/damages for mental because I am American with disabilities

3-19-2022
*(Date)*

Ricky Townsend
*(Signature of Plaintiff)*

US POSTAGE $001.76
ZIP 93960
MAR 21 2022

From:Ricky Townsend
#BK6274 A5U F-160
Salinas State
PO Box 1050
Soledad, CA 93960

To: United S
Central District of California
255 East Temple Street, Suite TS-134
Los Angeles, California 90012
Attention: Pro Se Clerk

STATE PRISON
GENERATED MAIL

MAR 24 2022
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY